```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 01417
   DARRYL J. JOHNSON
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8967
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/23/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

   3.  The Debtor paid a total of $     792.50 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALASKA SEABOARD PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| GENEVIEVE BENEKOS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| DAWN MARIE OLSON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ABBOTT LABORATORIES CU | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT SER | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SHAW & FOLEY LLC | UNSECURED | NOT FILED | .00 | .00 |
| NICS | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS & THOMAS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DAVID M SIEGEL           , was allowed $   3500.00
and was paid $    376.00   direct and $    546.36  through the plan.

The Trustee received $     33.64 .

Refunds to the Debtor totaled $     212.50 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE